1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  AKERMAN LLP
   1160 Town Center Drive, Suite 330
3  Las Vegas, Nevada 89101
   Telephone: (702) 634-5000
4  Facsimile: (702) 380-8572
5  Email: ariel.stern@akerman.com
   *Attorneys for Bank of America, N.A.*
6

7
8              **UNITED STATES BANKRUPTCY COURT**
                      **DISTRICT OF NEVADA**
9

| | |
|---|---|
| IN RE: | CASE NO. 2:13-bk-17576-BTB |
| | CHAPTER 7 |
| LIBORIUS IHECHERE AGWARA, | |
| Debtor. | **NOTICE OF HEARING ON BANK OF AMERICA, N.A.'S OBJECTION TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)** |
| | Date: **October 28, 2014** |
| | Time: **1.30 p.m.** |
| | Ctrm: **4** |
| | Judge: Hon. Bruce T. Beesley |

NOTICE IS HEREBY GIVEN that Creditor, Bank of America, N.A.'s Objection To Subpoena To Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) in the above-entitled case was filed herein by Ariel E. Stern, Esq., attorney for Creditor.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1): Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth

{29625321;1}                    - 1-

1  all relevant facts and any relevant legal authority.  An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

Local Rule 9014(b)(1):   If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may <u>refuse to allow</u> you to speak at the scheduled hearing; and
- The court may <u>rule against you</u> without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on said Objection will be held before a United Sates Bankruptcy Judge, in the Federal Foley Building, 300 Las Vegas Blvd., South, Third Floor, Las Vegas, NV 89101, on the 28th day of October, 2014, at the hour of 1:30 p.m.

Dated: September 25th, 2014 2014.

**AKERMAN LLP**

*/s/ Ariel E. Stern*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
**AKERMAN** LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89101

{29625321;1}                                                           - 2-

**CERTIFICATE OF SERVICE**

1. On September 25th, 2014 I served the following document:

**NOTICE OF HEARING ON BANK OF AMERICA, N.A.'S OBJECTION TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**

2. I served the above-named document by the following means to the persons as listed

below: *(Check all that apply)*

☒     **a.**     **ECF System**

| | |
|---|---|
| Sean E McClenahan<br>THE SCHWARTZ LAW FIRM<br>6623 Las Vegas Blvd., South, Ste. 300<br>Las Vegas, NV 89119<br>*Attorneys for Debtor,*<br>*Liborius Ihechere Agwara* | Jacob L. Houmand, Esq.<br>NELSON & HOUMAND, P.C.<br>3900 Paradise Road, Suite U<br>Las Vegas, Nevada 89169-0903<br>*Attorneys for Trustee,*<br>*Katherine A. Leavitt* |
| A.J. Kung, Esq.<br>KUNG & BROWN<br>214 So. Maryland Pkwy., Suite A<br>Las Vegas, NV 89101<br>*Attorneys for Kelechi Agwara, Creditor* | Victoria Nelson, Esq.<br>NELSON & HOUMAND, P.C.<br>3900 Paradise Road, Suite U<br>Las Vegas, NV 89169-0930<br>*Attorneys for Trustee, Victoria Nelson* |
| Suzanne R. Fitts, Esq.<br>Katie Weber, Esq.<br>Michael B. Wixom, Esq.<br>SMITH LARSEN & WIXOM<br>Hills Center Business Park<br>1935 Village Center Circle<br>Las Vegas, NV 89134<br>*Attorneys for Wells Fargo Bank, N.A.* | Gregory L. Wilde, Esq.<br>TIFFANY & BOSCO, P.A.<br>212 South Jones Blvd.<br>Las Vegas, NV 89107<br>*Attorneys for Creditor,*<br>*Bank of America, N.A.* |

☐     **c.**     **Personal Service**

        I personally delivered the document(s) to the persons at these addresses:

☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s)at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

1 ☐ **d.** **By direct mail (as opposed to through the ECF System)**

2 ☐ **e.** **By fax transmission**

3 ☐ **f.** **By messenger**

4 **I declare under penalty of perjury that the foregoing is true and correct.**

5 Signed on: September 24, 2014

6  Lucille Chiusano                              /s/ *Lucille Chiusano*
        (Name of Declarant)                            (Signature of Declarant)